UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DASHONE MARCEL REYNOLDS #2506344**     CIVIL ACTION

**VERSUS**     NO. 22-1421

**JUDGE MARCUS O. DELARGE**     SECTION: "D"(1)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.[1]

Accordingly,

**IT IS ORDERED** that plaintiff's claims against Judge Marcus O. DeLarge in his official capacity are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction pursuant to the Eleventh Amendment.

**IT IS ORDERED** that plaintiff's claims against Judge Marcus O. DeLarge in his individual capacity are **DISMISSED WITH PREJUDICE** as frivolous, for failing state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

New Orleans, Louisiana, this 18th day of August, 2022.

_Wendy B Vitter_
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes Plaintiff's *pro se* status and has accordingly allowed for extra time to file any objection. As of the date of the signing of this Order, no objections have been filed.